ORIGINAL

GRETCHEN C. VON HELMS
ATTORNEY AT LAW
*California State Bar No. 156518*
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone: (619) 239-1199



Attorney for Defendant
Steven Dang

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06cr0511 LAB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | |
| STEVEN MICHAEL DANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed, by and between the defendant, STEVEN MICHAEL DANG, by and through his attorney, Gretchen C. von Helms, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, Carol C. Lam, United States Attorney, and SHERRI WALKER HOBSON, Assistant United States Attorney, to continue the sentencing date of defendant Steven Michael Dang in the above-entitled case before the Honorable Larry A. Burns, United States District Court Judge, from Monday, September 11, 2006 at 9:30 a.m. to Monday, December 11, 2006 at 9:30 a.m.

The reason for this request is based on the following good cause:   The defense needs additional time to prepare for sentencing.

1    Stipulation Re: Continuance of Sentencing Hearing and Order Thereon
     *U.S.A. v* Dang, Case No. 06cr0511
2    =================================================================

3            The parties hereby stipulate and agree to the foregoing:

4    **SO STIPULATED AND AGREED.**

5    Dated: 8-25-06

6                                              GRETCHEN C. von HELMS
                                              Attorney for Defendant Dang

7

8    Dated: 8/31/06                           UNITED STATES OF AMERICA

9

10

11                                        SHERRI WALKER HOBSON
                                          Assistant United States Attorney

12

13                          **O R D E R**

14           IT IS HEREBY ORDERED, based upon the foregoing stipulation and good cause shown,

15   that the sentencing date of defendant STEVEN MICHAEL DANG in the above-entitled case be

16   and is hereby continued from Monday, September 11, 2006 at 9:00 a.m. to Monday, December

17   11, 2006 at 9:30 a.m.

18           **SO ORDERED.**

19

20   Dated:    8-31-06

21                                          HONORABLE LARRY A. BURNS
                                           United States District Court Judge

22

23

24

25

26

27

28

                                    2                        06CR0511 LAB