ORIGINAL

GRETCHEN C. VON HELMS
ATTORNEY AT LAW
*California State Bar No. 156518*
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone: (619) 239-1199

Attorney for Defendant
Steven Dang

FILED
2006 SEP 13 PM 2:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06cr0511 LAB |
| Plaintiff, | STIPULATION RE: MODIFICATION OF PRETRIAL TRAVEL RESTRICTIONS |
| v. | <u>ORDER THEREON</u> |
| STEVEN MICHAEL DANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed, by and between the defendant, STEVEN MICHAEL DANG, by and through his attorney, Gretchen C. von Helms, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, Carol C. Lam, United States Attorney, and SHERRI WALKER HOBSON, Assistant United States Attorney, that defendant STEVEN MICHAEL DANG 's bond travel restrictions be modified allowing him to travel from his residence in San Diego, California to Vancouver, Canada from Wednesday, September 13, 2006 and will return on Sunday, September 17, 2006.

The defendant needs to travel to Canada for his employment. He will be conducting a product installation for NetNation Communications Inc.

Pretrial services officer Jennifer Gordon has been notified of this request.

Stipulation Re: Modification of Pretrial Travel Restrictions and Order Thereon
*U.S.A. v* Dang, Case No. 06cr0511
================================================================

    The parties hereby stipulate and agree to the foregoing.

**SO STIPULATED AND AGREED.**

Dated: 9-12-06

_____
GRETCHEN C. von HELMS
Attorney for Defendant Dang

Dated: SEPTEMBER 12, 2006

UNITED STATES OF AMERICA

for *Edward C. Weiss*
_____
SHERRI WALKER HOBSON
Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED, based upon the foregoing stipulation and good cause shown, that the travel restrictions of defendant STEVEN MICHAEL DANG in the above-entitled case be modified allowing him to travel from his residence in San Diego, California to Vancouver, Canada from Wednesday, September 13, 2006 and will return on Sunday, September 17, 2006.

**SO ORDERED.**

Dated: 9-12-06

_____
HONORABLE LARRY A. BURNS
United States District Court Judge

U. S. PRETRIAL SERVICES

# Memorandum

**DATE:** September 12, 2006

**FROM:** Jennifer Gordon, United States Pretrial Services Officer

**SUBJECT:** Modification of Conditions of Release
for Steven Dang, 06CR0511-LAB-003

**TO:** The Honorable Larry A. Burns
United States District Judge

On February 27, 2006, the above mentioned individual appeared before the Honorable Cathy Ann Bencivengo when charged with Possession of a Controlled Substance. During his initial arraignment a $50,000 personal appearance bond secured by property was set. The following conditions were also set: travel restricted to the Southern District of California; Pretrial Services supervision; actively seek and maintain full-time employment, schooling, or a combination of both; not possess or use any narcotic drug or other controlled substance without a lawful medical prescription; and not possess any firearm or other dangerous weapon or explosive device. Later that day, the defendant was released from custody. On May 31, 2006, travel conditions were modified to include the United States. The next court date is set before your Honor on December 11, 2006, for Sentencing.

The purpose of this memorandum is to inform your Honor that on September 11, 2006, the undersigned received notice that the defendant would like to travel to Vancouver, Canada, for work purposes from September 13, 2006, to September 17, 2006. The undersigned would like to inform your Honor that our office is not opposed with his travel request. Mr. Dang has been in compliance with his conditions of release. If your Honor has any questions, feel free to contact me at 619-557-3412.

To whom it may concern:                                 9/12/06

We are the surety of our son Steven Dang for his pending legal issues. We are giving our son permission to travel to Vancouver, Canada for work purposes for the following dates 9/13/06 – 9/17/06..

Thanks
Phat T Dang
Hai T Dang    *[signatures]*