FILED
06 OCT 31 AM 9:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDV  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> STEVEN MICHAEL DANG (3), <br> Defendant. | Case No. 06cr0511-LAB <br><br> AMENDED ORDER OF <br> CRIMINAL FORFEITURE |

On June 5, 2006, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of STEVEN MICHAEL DANG (3) ("Defendant") in the property listed in the Forfeiture Allegation of the Indictment, namely,

> The residential property located at 637 Wala Drive, Oceanside, California, and all appurtenances affixed thereto. The real property is more particularly described as:
>
> **ASSESSORS PARCEL 146-360-48-00**
>
> **Parcel 1:**
>
> Lot 253 of Wanis View Estates, Unit No. 2, in the City of Oceanside, County of San Diego, State of California, according to map thereof No. 14540, filed in the Office of the County Recorder of San Diego County, February 11, 2003.
>
> **FURTHER RESERVING THEREFROM** such easements described in the Declaration described below and the Map of Record referenced above, and such other easements as may be of record as of the date hereof (hereinafter, "the property").

///

On June 20, 27 and July 5, 2006, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

On June 13, 2006, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| VirtualBank, a Division of Lydian Private Bank, FSB 3801 PGA Boulevard P.O. Box 109638 Palm Beach Gardens, FL 33410 | 7004 2510 0003 3016 6286 | Signed for as received on 6/16/06. |

On August 31, 2006, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Credit Suisse First Boston Corporation c/o CSC - Lawyers Incorporating Service P.O. Box 526036 Sacramento CA 95852-6036 | 7004 2510 0003 3016 6286 | Signed for as received on or about 9/5/06. |

Thirty (30) days have passed following the final date of notice by publication and notice by certified mail and facsimile, and no third party has filed a petition on the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of STEVEN MICHAEL DANG (3) and any and all third parties in the following property are hereby condemned, forfeited and vested in the United States of America:

> The residential property located at 637 Wala Drive, Oceanside, California, and all appurtenances affixed thereto. The real property is more particularly described as:
>
> **ASSESSORS PARCEL 146-360-48-00**
>
> **Parcel 1:**
>
> **Lot 253 of Wanis View Estates, Unit No. 2, in the City of Oceanside, County of San Diego, State of California, according to map thereof No.**

14540, filed in the Office of the County Recorder of San Diego County, February 11, 2003.

**FURTHER RESERVING THEREFROM** such easements described in the Declaration described below and the Map of Record referenced above, and such other easements as may be of record as of the date hereof.

IT IS FURTHER ORDERED that costs incurred by the Internal Revenue Service and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the Internal Revenue Service has the authority to evict any and all occupants of the above-referenced real property if and when necessary.

IT IS FURTHER ORDERED that the Internal Revenue Service shall dispose of the forfeited property according to law and shall deposit the proceeds thereof into the Treasury Forfeiture Fund.

IT IS FURTHER ORDERED that the Clerk is directed to send copies of this Order to all counsel of record and the Internal Revenue Service.

DATED: 10/29/06

LARRY A. BURNS, Judge
United States District Court

Submitted by:

CAROL C. LAM
United States Attorney

SHERRI WALKER HOBSON
Attorney for Plaintiff
E-mail: sherri.hobson@usdoj.gov

Amended Order of Criminal Forfeiture
United States v. Steven Michael Dang (3)
Case No. 06cr0511-LAB

3

06cr0511